UNITED STATES DISTRICT COURT  FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JINGBANG ZHONG,

V.                                                    Case No. 2:26-cv-01014-JLR

UNITED STATES DEPARTMENT            JUDGE JAMES L. ROBART
OF STATE, et al.,

### [PROPOSED] ORDER

AND NOW, this _11th_ day of __June__, 2026, it is hereby ORDERED that Plaintiff's

Consent Motion to Extend Time Responsive Pleading is hereby granted.

Plaintiff shall file his response to Defendants' motion to dismiss by no later than July 14, 2026.
Defendants shall file their reply by no later than July 24, 2026.

IT IS SO ORDERED.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

CC. All Counsel of Record